NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| NASIR FINNEMEN,<br><br>    Plaintiff,<br><br>        v.<br><br>JUDGE ROBERT T. ZANE,<br><br>    Defendant. | Civil No. 16-4214 (RMB/JS)<br><br>**OPINION** |

    On July 12, 2016, Plaintiff Nasir Finnemen (the "Plaintiff") initiated this civil action against Judge Robert T. Zane of the Camden County Municipal Court.  Plaintiff also seeks leave to proceed without prepayment of fees and has submitted the necessary application establishing that he lacks the financial ability to pay the filing fee.  Based on Plaintiff's affidavit of indigence, this Court will grant his application to proceed in forma pauperis.  However, for the reasons stated below, Plaintiff's claims against Judge Zane shall be dismissed with prejudice.  Plaintiff alleges that Judge Zane denied his motion to appoint another public defender to represent him.  Plaintiff appears to seek this Court's reversal of Judge Zane's order.

Pursuant to 28 U.S.C. § 1915(e)(2), the Court must preliminarily screen in forma pauperis filings, and must dismiss any filing that is frivolous or malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief. Id.

After reviewing the Complaint with the requisite liberal construction, the Court determines that it fails to state any claim upon which relief can be granted against Judge Zane.  The claim, as construed by this Court, is precluded by the Rooker-Feldman doctrine, barring district court review of state court judgments. See Tammera v. Grossman, No. 10-569, 2010 WL 1372406, at *4 (D.N.J. 2010); see also Lance v. Dennis, 546 U.S. 459, 463 (2006) ("[U]nder what has come to be known as the Rooker-Feldman doctrine, lower federal courts are precluded from exercising appellate jurisdiction over final state-court judgments."). Accordingly, this claim shall be dismissed.

                                        s/Renee Marie Bumb
                                        RENEE MARIE BUMB
                                        United States District Judge

Dated July 28, 2016